UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED CHOWDHURY, on behalf of himself and all other persons similarly situated, and JEAN PLAISIR and DARLENE SMITH, individually,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAJA 786 FOOD INC., ZENAB FOOD INC.,SARDAR PIZZA INC., ROCKAWAY 786 FOOD INC., PENNSYLVANIA 786 PIZZA INC., PITKIN AVE 786 PIZZA INC., and RAJA S. ALI,<br><br>*Defendants*. | No. 20-cv-04235 JRC<br><br>Magistrate Judge James R. Cho |

**NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE PROPOSED CLASS AND COLLECTIVE ACTION
SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS and APPROVAL
OF ATTORNEY'S FEES AND COSTS**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Benjamin Rudolph Delson, Esq., dated January 3, 2023, the exhibits annexed thereto, the accompanying memorandum of law, and all the pleadings and proceedings heretofore had herein, the undersigned, without opposition, will move this Court, before the Hon. James R. Cho, United States Magistrate Judge, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 on January 24, 2023, for an order:

(1) Granting final approval to the settlement reached by the parties in this action, as embodied in their Settlement Agreement And Release attached as Exhibit A to the

Delson Declaration;

(2) Certifying the following settlement class (the "Class") under Federal Rule of Civil Procedure 23 in connection with the settlement process: All current and former non-exempt employees of Defendants Raja 786 Food Inc., Zenab Food Inc., Sardar Pizza Inc., Rockaway 786 Food Inc., Pennsylvania 786 Pizza Inc. and Pitkin Ave 786 Pizza Inc., at any time from April 22, 2019 to September 23, 2022 (the date of the Court's Order granting Preliminary Approval of the Settlement);

(3) Approving an award of attorney's fees in the amount of $240,000, plus reimbursement of a further $5,000 of litigation expenses, to Granovsky & Sundaresh PLLC, Class Counsel in this matter;

(4) Entering judgment dismissing this action with prejudice as provided in the Proposed Order attached to the Delson Declaration as Exhibit I; and

(6) Providing such other and further relief as the Court may deem just and proper.

A proposed order is attached hereto as Exhibit I.

Dated: New York, New York
January 3, 2023

Respectfully Submitted,

GRANOVSKY & SUNDARESH PLLC

*/s/ Benjamin Rudolph Delson*
Benjamin Rudolph Delson (BD-1724)
Alexander Granovsky (AG-6962)
48 Wall Street, 11th Floor
New York, NY 10005
delson@g-s-law.com
ag@g-s-law.com
(646) 524-6001
*Attorneys for Plaintiffs*