UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED CHOWDHURY, on behalf of himself and all other persons similarly situated, and JEAN PLAISIR, and DARLENE SMITH, individually,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RAJA 786 FOOD INC., ZENAB FOOD INC., SARDAR PIZZA INC., ROCKAWAY 786 FOOD INC., PENNSYLVANIA 786 PIZZA INC., PITKIN AVE 786 PIZZA INC., and RAJA S. ALI,<br><br>    *Defendants*. | No. 20-cv-04235-JRC<br><br>Magistrate Judge James R. Cho |

## JUDGMENT

On this the 25th day of January 2023 it is HEREBY ADJUDGED AND DECREED pursuant to Federal Rules of Civil Procedure 23, 54, and 58, as follows:

(1) The Court entered a Final Order Approving Class and Collective Action Settlement, Certifying Settlement Class, and Approving the Requested Attorney's Fees ("Final Order"); and

(2) For the reasons stated in the Court's Final Order, Judgment is entered in accordance with the Final Order, and the claims in this Action are dismissed with prejudice, without costs to any party, except as otherwise provided in the Final Order or in the parties' Settlement Agreement.

**SO ORDERED.**

Dated: Brooklyn, New York
       January 25, 2023

                                              s/ James R. Cho
                                              The Honorable James R. Cho
                                              United States Magistrate Judge